UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JAGDEEP CHEEMA, individually and on behalf of all others similarly situated,

    Plaintiff,

 v.

NIKE, INC.,

    Defendant.

Case No. 1:25-cv-02305-JRC

## NOTICE OF APPEARANCE[1]

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Scott R. Wilson, an attorney with DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for defendant NIKE, Inc., and respectfully requests that all notices and other papers in this action be served upon the undersigned at the address stated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   May 23, 2025

Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ *Scott R. Wilson*
  Scott R. Wilson

1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Fax: (212) 335-4501
Email: scott.wilson@us.dlapiper.com
*Attorney for Defendant NIKE, Inc.*

---

[1] NIKE, Inc.'s time to answer, move, or otherwise respond to the complaint in this case has not yet passed. As a result, counsel for NIKE, Inc. makes a limited appearance to state its intent to file a motion to dismiss pursuant to Fed. R. Civ. P. 12 (b) and to request an extension of time to do so. NIKE, Inc. reserves its right to move to dismiss or otherwise respond to the merits of the complaint and does not waive, but explicitly reserves, all substantive rights and defenses.