

November 10, 2025

<u>Via Email</u>

Scott R. Wilson
Rachael C. Kessler
1251 Avenue of the Americas
New York, New York 10020-1104
scott.wilson@us.dlapiper.com
rachael.kessler@us.dlapiper.com

Michael Fluhr
555 Mission Street, Suite 2400
San Francisco, California 94105
michael.fluhr@us.dlapiper.com

Eric Hall (to be admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067
eric.hall@us.dlapiper.com

  Re: *Fernandez, et al. v. Nike, Inc.,* No. 1:25-cv-2305 (PKC) (JRC) (E.D.N.Y.)

Counsel:

  On behalf of Plaintiffs Luis Fernandez and Mark Price ("Plaintiffs") and pursuant to Rule 3(d) of Judge Chen's Individual Practices, please find enclosed (1) Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration, and (2) Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

              Respectfully submitted,

              THE ROSEN LAW FIRM, P.A.

              <u>/s/ *Phillip Kim*</u>
              Phillip Kim, Esq.